06-CR-05595-ORD

Judge Ronald B. Leighton

```
_____ FILED _____ LODGED
_____ RECEIVED
JAN 1 2 2007
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW L. COATES,<br><br>Defendant. | NO. CR05-5595RBL<br><br>ORDER OF FORFEITURE |

WHEREAS, on September 28, 2006, the Defendant, MATTHEW L. COATES, entered into a Plea Agreement with the United States in which the Defendant entered a guilty plea to the offense charged in Count 1 of the Information, Conspiracy to Commit Visa Fraud, in violation of Title 18, United States Code, Sections 371 and 1546(a), and further agreed to forfeit to the United States Eleven Thousand Five Hundred Dollars ($11,500.00) as property that constitutes proceeds the Defendant obtained directly as a result of such offense, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Defendant shall forfeit to the United States a money judgment in the sum of Eleven Thousand Five Hundred Dollars ($11,500.00) pursuant to Title 18, United States Code, Section 982(a)(6)(A), and Title 21, United States Code, Section 853.

ORDER OF FORFEITURE - 1
CR05-5595RBL - U.S. v. MATTHEW L. COATES

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  IT IS FURTHER ORDERED that the United States District Court shall retain
2  jurisdiction in the case for the purpose of enforcing this Order;
3  IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of
4  Forfeiture shall become final as to the defendant at the time of sentencing, or before
5  sentencing if the defendant consents, and shall be made part of the sentence and
6  included in the judgment;
7  IT IS FURTHER ORDERED that the United States may, at any time, move
8  pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having
9  a value not to exceed Eleven Thousand Five Hundred Dollars ($11,500.00) to satisfy
10 the money judgment in whole or in part; and
11 \\
12 \\
13 \\
14 \\
15 \\
16 \\
17 \\
18 \\
19 \\
20 \\
21 \\
22 \\
23 \\
24 \\
25 \\
26 \\
27 \\
28 \\

ORDER OF FORFEITURE - 2
CR05-5595RBL - U.S. v. MATTHEW L. COATES

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | The Clerk of the Court is directed to send a copy of this Order of Forfeiture to |
| 2 | all counsel of record and three (3) "raised sealed" certified copies to the United States |
| 3 | Attorney's Office. |
| 4 | DATED this 12th day of January, 2007. |

*(signature)*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

*(signature)*
MATTHEW H. THOMAS
Assistant United States Attorney

*(signature)*
LEONIE G.H. GRANT
Assistant United States Attorney

*(signature)*
MARK D. BLACKMAN
Attorney for Defendant

*(signature)*
MATTHEW L. COATES
Defendant

ORDER OF FORFEITURE - 3
CR05-5595RBL - U.S. v. MATTHEW L. COATES